**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Rufino PERALTA-SANCHEZ, Defendant-Appellant.**

**Nos. 14-50393 14-50394**

United States Court of Appeals, Ninth Circuit.

Filed August 22, 2017

D.C. Nos. 3:12-cr-03370-LAB-1, 3:14-cr-01308-LAB-1

Michelle Wasserman, Assistant U.S. Attorney, Helen H. Hong, Assistant U.S. Attorney, David Daniel Leshner, Assistant U.S. Attorney, Colin M. McDonald, Assistant U.S. Attorney, US Department of Justice, Southern District of California, Suite # 6293, 880 Front Street, San Diego, CA 92101, for Plaintiff-Appellee.

Kara Hartzler, Federal Defenders of San Diego, Inc., Suite 900, 225 Broadway, San Diego, CA 92101-5030, for Defendant-Appellant

David Lee Menninger, Deputy Federal Public Defender, FPDCA-Federal Public Defender's Office (Los Angeles), 321 East Second Street, Los Angeles, CA 90012-4202, for Amicus Curiae NINTH CIRCUIT FEDERAL PUBLIC AND COMMUNITY DEFENDERS

Laura McClure St. John, Attorney, Florence Immigrant and Refugee Rights Project, P.O. Box 654, 2601 N. Hwy 79, Florence, AZ 85132, for Amicus Curiae NONPROFIT IMMIGRATION ORGANIZATIONS AND LAW SCHOOL IMMIGRATION CLINICS

Mark H. Lynch, Covington & Burling LLP, One CityCenter, 850 Tenth Street

NW, Washington, DC 20001-4956, for Amicus Curiae LAW PROFESSORS

Kari Elisabeth Hong, Attorney, Boston College Law School, 885 Centre Street, Newton, MA 02459, Stephen William Manning, IMMIGRANT LAW GROUP PC, P.O. Box 40103, Portland, OR 97240, for Amicus Curiae LAW PROFESSORS, IMMIGRATION SCHOLARS, AND CLINICIANS

Stephen B. Kang, ACLU Foundation of Northern California, 39 Drumm Street, San Francisco, CA 94111, for Amicus Curiae ACLU IMMIGRANTS' RIGHTS PROJECT, ACLU OF NORTHERN CALIFORNIA; ACLU OF SOUTHERN CALIFORNIA; ACLU OF SAN DIEGO & IMPERIAL COUNTIES; AMERICAN IMMIGRATION COUNCIL and NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS GUILD

Christopher Hajec, CENTER FOR INDIVIDUAL RIGHTS, Suite 300, 1233 20th St. NW, Washington, DC 20036, for Amicus Curiae IMMIGRATION REFORM LAW INSTITUTE

Before: HARRY PREGERSON, JAY S. BYBEE, and N. RANDY SMITH, Circuit Judges.

## ORDER

Appellant's petition for panel rehearing is hereby **GRANTED**.

The opinion and dissent filed February 7, 2017, Nos. 14-50393 and 14-50394, and appearing at 847 F.3d 1124, are withdrawn. It shall not be cited as precedent by or to any court of the Ninth Circuit.

A memorandum disposition is being simultaneously filed with this order. Judge Pregerson concurs in the judgment.

No further petitions for panel rehearing or rehearing en banc will be entertained in this case.